TAD A. DEVLIN (SBN: 190355)
TAMAR KARAGUEZIAN (SBN: 216233)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and the
ARTHUR ANDERSEN LLP LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE TENNISON,<br><br>          Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY;<br>ARTHUR ANDERSEN LLP LONG TERM<br>DISABILITY PLAN,<br><br>          Defendants. | CASE NO. CV 10-3671 JCS<br>Judge Joseph C. Spero<br><br>**STIPULATION EXTENDING THE TIME OF DEFENDANTS TO ANSWER COMPLAINT**<br><br>Dept. A |

TO THE COURT:

The parties hereto, Plaintiff Renee Tennison and Defendants Aetna Life Insurance Company and Arthur Andersen Long Term Disability Plan ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Defendants' response to Plaintiff's Complaint is due to be filed on or before September 15, 2010;

///
///
///
///
///

-1-

STIPULATION EXTENDING THE TIME OF
DEFENDANTS TO ANSWER COMPLAINT

CV 10-3671 JCS

WHEREAS Plaintiff's counsel has agreed to allow Defendants additional time to respond to the Complaint, the parties agree and hereby stipulate that Defendants shall file and serve their answer to Plaintiff's Complaint on or before September 29, 2010.

IT IS SO STIPULATED:

DATED: September 14, 2010    KANTOR & KANTOR, LLP

By: ___s/Peter Sessions___
Alan Kassan, Esq.
Peter Sessions, Esq.
Attorneys for Plaintiff
RENEE TENNISSON

DATED: September 14, 2010    GORDON & REES

By: ___s/Tamar Karaguezian___
Ronald K. Alberts
Tad A. Devlin
Tamar Karaguezian
Attorneys for Defendants AETNA LIFE INSURANCE COMPANY AND ARTHUR ANDERSEN LLP LONG TERM DISABILITY PLAN

Dated: 9/16/10

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-    CV 10-3671 JCS

STIPULATION EXTENDING THE TIME OF DEFENDANTS TO ANSWER COMPLAINT

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

AETNA/1065182/8489569v.1