TAD A. DEVLIN (SBN: 190355)
TAMAR KARAGUEZIAN (SBN: 216233)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and the
ARTHUR ANDERSEN LLP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE TENNISON,<br><br>            Plaintiff,<br><br>    vs.<br><br>AETNA LIFE INSURANCE COMPANY;<br>ARTHUR ANDERSEN LLP LONG TERM<br>DISABILITY PLAN,<br><br>            Defendants. | CASE NO. CV 10-3671 JCS<br>Judge Joseph C. Spero<br><br>**STIPULATION EXTENDING<br>THE TIME OF DEFENDANTS<br>TO ANSWER COMPLAINT**<br><br>Dept. A |

TO THE COURT:

The parties hereto, Plaintiff Renee Tennison and Defendants Aetna Life Insurance Company and Arthur Andersen Long Term Disability Plan ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Defendants' response to Plaintiff's Complaint is due to be filed on or before September 29, 2010;

///
///
///
///
///

-1-

STIPULATION EXTENDING THE TIME OF
DEFENDANTS TO ANSWER COMPLAINT

CV 10-3671 JCS

WHEREAS Plaintiff's counsel has agreed to allow Defendants additional time to respond to the Complaint, the parties agree and hereby stipulate that Defendants shall file and serve their answer to Plaintiff's Complaint on or before October 13, 2010.

IT IS SO STIPULATED:

DATED: September 29, 2010     KANTOR & KANTOR, LLP

By: _____s/Peter Sessions_____
Alan Kassan, Esq.
Peter Sessions, Esq.
Attorneys for Plaintiff
RENEE TENNISON

DATED: September 29, 2010     GORDON & REES

By: _____s/Tamar Karaguezian_____
Ronald K. Alberts
Tad A. Devlin
Tamar Karaguezian
Attorneys for Defendants AETNA
LIFE INSURANCE COMPANY
AND ARTHUR ANDERSEN LLP
LONG TERM DISABILITY PLAN

Dated: 10/01/10

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING THE TIME OF DEFENDANTS TO ANSWER COMPLAINT