KANTOR & KANTOR LLP
ALAN E. KASSAN, SBN 113864
akassan@kantorlaw.net
PETER S. SESSIONS, SBN 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
RENEE TENNISON

GORDON & REES LLP
TAD A. DEVLIN, SBN 190355
tdevlin@gordonrees.com
TAMAR KARAGUEZIAN, SBN 216233
tkaraguezian@gordonrees.com
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and the
ARTHUR ANDERSEN LLP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE TENNISON, <br><br> Plaintiff, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY; ARTHUR ANDERSEN LLP LONG TERM DISABILITY PLAN, <br><br> Defendants. | Case No. 10-CV-03671 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND PRETRIAL DEADLINES** <br><br> Judge: Honorable Saundra B. Armstrong |

The parties hereby stipulate as follows:

WHEREAS the parties have agreed to mediation and have been trying to schedule a date for mediation with Michael Loeb, Esq;

WHEREAS the potential mediation dates available for all parties, their counsel and Mr. Loeb are in mid to late July, 2011, which dates coincide with the trial briefing schedule;

-1- Case No. 10-CV-03671 SBA
STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL AND PRETRIAL DEADLINES

WHEREAS the parties agree to, and request the Court continue the trial and pretrial deadlines to allow the parties to proceed to mediation.

The parties, through their counsel, agree and propose the following dates, if convenient with the Court:

- The deadline for the parties to file their opening briefs be continued from July 11, 2011 to August 25, 2011;
- The deadline for the parties to file their opposition briefs be continued from July 25, 2011 to September 12, 2011;
- The deadline for parties to file their reply briefs (if necessary) be continued from August 8, 2011 to September 26, 2011;
- The hearing on the cross-motions to be continued from September 20, 2011 to November 2, 2011.

IT IS SO STIPULATED.

DATED: June 1, 2011     KANTOR & KANTOR LLP

By: _____S/Peter S. Sessions_____
Alan E. Kassan
Peter S. Sessions
Attorneys for Plaintiff
RENEE TENNISON

DATED: June 1_, 2011    GORDON & REES LLP

By: _____s/Tamar Karaguezian_____
Tad A. Devlin
Tamar Karaguezian
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and the ARTHUR ANDERSEN LLP LONG TERM DISABILITY PLAN

**IT IS SO ORDERED** that the above schedule of dates stipulated by the parties is approved.

DATED: June _30_, 2011

_____Saundra B. Armstrong_____
Honorable Saundra B. Armstrong

-2-     Case No. 10-CV-03671 SBA
STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL AND PRETRIAL DEADLINES