KANTOR & KANTOR LLP
ALAN E. KASSAN, SBN 113864
akassan@kantorlaw.net
PETER S. SESSIONS, SBN 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
RENEE TENNISON

GORDON & REES LLP
TAD A. DEVLIN, SBN 190355
tdevlin@gordonrees.com
TAMAR KARAGUEZIAN, SBN 216233
tkaraguezian@gordonrees.com
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and the
ARTHUR ANDERSEN LLP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE TENNISON,<br><br>       Plaintiff,<br><br>       vs.<br><br>AETNA LIFE INSURANCE COMPANY; ARTHUR ANDERSEN LLP LONG TERM DISABILITY PLAN,<br><br>       Defendants. | Case No. 10-CV-03671 SBA<br><br>**SECOND STIPULATION AND ORDER CONTINUING PRETRIAL DEADLINES**<br><br>Judge:      Honorable Saundra B. Armstrong |

The parties hereby stipulate as follows:

WHEREAS the parties have agreed to mediation and tentatively scheduled an August 4, 2011 date for mediation with JAMS neutral Michael Loeb, Esq., via the Court's Alternative Resolution Department;

-1-                                                     Case No. 10-CV-03671 SBA
STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL AND PRETRIAL DEADLINES

1  WHEREAS the parties understand that Mr. Loeb never received this Court's executed order on the parties' Stipulation selecting ADR mediation and therefore has indicated he is not authorized to proceed under the court sponsored ADR program;

4  WHEREAS the parties agree to, and request the Court, continue the trial and pretrial deadlines to allow time for the Court's re-execution of the ADR Stipulation to be provided to Mr. Loeb to enable the parties to complete mediation before preparing briefs under the currently set trial briefing schedule.  The parties apologize for any inconvenience to the Court.  The parties will concurrently file, for this Court's execution, a second Stipulation of Selection of the ADR Process, which will then be delivered to Mr. Loeb at JAMS by counsel.

10  The parties, through their counsel, agree and propose the following dates, if convenient with the Court:

- The deadline for the parties to file their opening briefs be continued from August 25, 2011 to October 25, 2011;
- The deadline for the parties to file their opposition briefs be continued from September 12, 2011 to November 14, 2011;
- The deadline for parties to file their reply briefs (if necessary) be continued from September 26, 2011 to November 30, 2011;
- The hearing on the cross-motions to be continued from November 2, 2011 to December 8, 2011.

IT IS SO STIPULATED.

DATED:  July 28, 2011        KANTOR & KANTOR LLP

By:  ___/s/ Peter S. Sessions_____
     Alan E. Kassan
     Peter S. Sessions
     Attorneys for Plaintiff
     RENEE TENNISON

DATED:  July 28, 2011        GORDON & REES LLP
By:  ___/s/ Tad A. Devlin_____
     Tad A. Devlin
     Tamar Karaguezian
     Attorneys for Defendants
     AETNA LIFE INSURANCE COMPANY and the
     ARTHUR ANDERSEN LLP LONG TERM
     DISABILITY PLAN

**IT IS SO ORDERED** that the above schedule of dates stipulated by the parties is approved as modified below:

- The date to mediate with JAMS neutral Michael Loeb, Esq., via the Court's Alternative Resolution Department, is continued from mid-July to August 4, 2011;
- The deadline for the parties to file their opening briefs with regard to their cross-motions for summary judgment is continued from August 25, 2011 to October 25, 2011;
- The deadline for the parties to file their opposition briefs is continued from September 12, 2011 to November 8, 2011;
- The deadline for parties to file their reply briefs (if necessary) is continued from September 26, 2011 to November 15, 2011;
- The hearing on the cross-motions to be continued from November 2, 2011 to January 10, 2012.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument.  The parties are advised to check the Court's website to determine whether a court appearance is required.

DATED:  7/29/11            _Saundra B. Armstrong_

                           Honorable Saundra B. Armstrong