KANTOR & KANTOR LLP
ALAN E. KASSAN, SBN 113864
akassan@kantorlaw.net
PETER S. SESSIONS, SBN 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
RENEE TENNISON

GORDON & REES LLP
TAD A. DEVLIN, SBN 190355
tdevlin@gordonrees.com
TAMAR KARAGUEZIAN, SBN 216233
tkaraguezian@gordonrees.com
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and the
ARTHUR ANDERSEN LLP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE TENNISON,<br><br>   Plaintiff,<br><br>   vs.<br><br>AETNA LIFE INSURANCE COMPANY; ARTHUR ANDERSEN LLP LONG TERM DISABILITY PLAN,<br><br>   Defendants. | Case No. 10-CV-03671 SBA<br><br>**THIRD STIPULATION AND ORDER CONTINUING TRIAL AND PRETRIAL DEADLINES**<br><br>Judge:   Honorable Saundra B. Armstrong |

The parties hereby stipulate as follows:

WHEREAS the parties have agreed to mediation using the Court's Alternative Dispute Resolution ("ADR") Program;

WHEREAS Jeffrey Lewis, Esq. was appointed as mediator by the Court's ADR Program;

WHEREAS due to potential conflicts disclosed by Mr. Lewis, Aetna respectfully

1  declined Mr. Lewis's assignment and requested reassignment to a new mediator;

2      WHEREAS the Court's Alternative Resolution Department is currently reassigning a
3  mediator on this matter;

4      WHEREAS the parties agree to, and request the Court, continue the trial and pretrial
5  deadlines to allow time for the Alternative Resolution Department to reassign the matter to a
6  new mediator and to enable the parties to complete mediation before preparing briefs under the
7  currently set trial briefing schedule.  The parties apologize for any inconvenience to the Court.

8      The parties, through their counsel, agree and propose the following dates, if convenient
9  with the Court:

10  • The deadline to complete mediation shall be December 27, 2011;
11  • The deadline for the parties to file their opening briefs be continued from
12      October 25, 2011 to January 23, 2012;
13  • The deadline for the parties to file their opposition briefs be continued
14      from November 8, 2011 to February 14, 2012;
15  • The deadline for parties to file their reply briefs (if necessary) be
16      continued from November 15, 2011 to February 29, 2012;
17  • The hearing on the cross-motions to be continued from January 10, 2012
18      to March 5, 2012.

19  IT IS SO STIPULATED.

20  DATED:  September 27, 2011    KANTOR & KANTOR LLP

21      By: ___s/Peter S. Sessions_____
    Alan E. Kassan
22      Peter S. Sessions
    Attorneys for Plaintiff
23      RENEE TENNISON

24  DATED:  September 27, 2011    GORDON & REES LLP

25      By: ___/s/ Tad A. Devlin_____
    Tad A. Devlin
26      Tamar Karaguezian
    Attorneys for Defendants
27      AETNA LIFE INSURANCE COMPANY and the
    ARTHUR ANDERSEN LLP LONG TERM
28      DISABILITY PLAN

1 **IT IS SO ORDERED** that the above schedule of dates stipulated by the parties is approved with
2 the following modification:  The hearing on the motion shall be held on March 20, 2012 at 1:00
3 p.m.

7 DATED:  10/21/11

                                        *Saundra B. Armstrong*
                                         Honorable Saundra B. Armstrong