UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| RENEE TENNISON,<br>        Plaintiff,<br><br>    v.<br>AETNA LIFE INSURANCE COMPANY, et al.,<br>        Defendants.<br>_____/ | No. C 10-3671 SBA<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:       December 15, 2011<br>Mediator:   Kim Zeldin |

  IT IS HEREBY ORDERED that the requests to excuse plaintiff Renee Tennison and defendants' client representative, Sue Cotter, from appearing in person at the December 15, 2011, mediation before Kim Zeldin are GRANTED. Both Ms. Tennison and Ms. Cotter shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

  IT IS SO ORDERED.

December 2, 2011          By:  *Elizabeth D. Laporte*
Dated                           Elizabeth D. Laporte
                                United States Magistrate Judge