RONALD K. ALBERTS (SBN: 100017)
TAMAR KARAGUEZIAN (SBN 216233)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054
Email: tdevlin@gordonrees.com
Email: tkarageuzian@gordonrees.com

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY  and the
ARTHUR ANDERSEN LLP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE TENNISON,<br><br>                     Plaintiff,<br><br>     vs.<br><br>AETNA LIFE INSURANCE COMPANY;<br>ARTHUR ANDERSEN LLP LONG TERM<br>DISABILITY PLAN,<br><br>                     Defendants. | CASE NO. CV 10-3671 SBA<br><br>**ORDER ON STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date: March 20, 2012 |

The Parties have stipulated that this matter has been resolved in its entirety, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date:_3/15/12                              _____/s/ Saundra B. Armstrong_____
                                           Saundra B. Armstrong
                                           Judge of the United States District Court,
                                           Northern District