1  RONALD K. ALBERTS (SBN: 100017)
   TAMAR KARAGUEZIAN (SBN 216233)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054
   Email: tdevlin@gordonrees.com
5  Email: tkarageuzian@gordonrees.com

6  Attorneys for Defendants
   AETNA LIFE INSURANCE COMPANY  and the
7  ARTHUR ANDERSEN LLP LONG TERM DISABILITY PLAN

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 RENEE TENNISON,                              )  CASE NO. CV 10-3671 SBA
                                                )
12                Plaintiff,                    )
                                                )  **ORDER ON STIPULATION RE**
13     vs.                                      )  **DISMISSAL OF ENTIRE ACTION**
                                                )  **WITH PREJUDICE**
14 AETNA LIFE INSURANCE COMPANY;                )
   ARTHUR ANDERSEN LLP LONG TERM                )
15 DISABILITY PLAN,                             )  Trial Date: March 20, 2012
                                                )
16                Defendants.                   )
                                                )
17                                              )
                                                )
18 _____)

19     The Parties have stipulated that this matter has been resolved in its entirety, this matter is

20 hereby dismissed with prejudice.

21     **IT IS SO ORDERED.**

22

23 Date:_3/15/12                    _____
                                    Saundra B. Armstrong
24                                  Judge of the United States District Court,
                                    Northern District
25